IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Randall A. Bethke, | : | **CASES CONSOLIDATED** |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| City of Philadelphia | : | Nos. 406 and 702 C.D. 2022 |

# **O R D E R**

AND NOW, this 30th day of September, 2022, it is hereby ordered that the above-captioned opinion filed on September 20, 2022, shall be designated **OPINION,** rather than **MEMORANDUM OPINION,** and it shall be reported.

_____
CHRISTINE FIZZANO CANNON, Judge